UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

-------------------------------------------------------------

UNITED STATES OF AMERICA,

                      Plaintiff,

-against-

Christopher B. Brooker

                      Defendant.

-------------------------------------------------------------

Case No.: 93 MJ 01834 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 20 day of November, 20 20
Poughkeepsie, New York